UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SPANDE, ET. AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, ETC., ET. AL.,<br><br>　　　　Defendants. | Case No. CV 15-01835-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed on November 18, 2015 (Doc. 13), IT IS ORDERED AND ADJUDGED that Plaintiffs Scott Spande and Norfleet Leo Palogne's Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE with respect to Defendant T.D. Service Company.  The Court orders that such judgment be entered.

Dated: <u>November 19, 2015</u>　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge