JS-6

# United States District Court
# Central District of California
# Eastern Division

Scott Spande et al.,

          Plaintiffs,

v.

Federal National Mortgage Association, et al.,

          Defendants.

EDCV 15-1835-VAP (SPx)

**Judgment as to Defendant Fannie Mae**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed on January 6, 2016, IT IS ORDERED AND ADJUDGED that Plaintiffs Scott Spande's and Norfleet Leo Palogne's Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE as to Defendant Fannie Mae. The Court orders that such judgment be entered.

Dated:   1/20/16

                                      Virginia A. Phillips
                                 United States District Judge